# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Craig Michael Bingert**<br><br>**Date of Birth: XXXXXXXX**<br>*Defendant(s)* | Case: 1:21-mj-00104<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 1/18/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 231(a)(3) | Certain Acts During Civil Disorder |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

_____
Emily T. Eckert, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/18/2021__

2021.01.18
09:34:19 -05'00'
*Judge's signature*

City and state: __Washington D.C.__     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*